UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUY Q. JOHNSON,                :
                              :
        Defendant             :
                              :
                              :
        v.                    :
                              :
                              :     Criminal Case No. 86-0166
UNITED STATES OF AMERICA,     :
                              :
        Plaintiff             :
. . . . . . . . . . . . . . . . . . . . . . . . :

FILED

SEP - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO CORRECT AN ILLEGAL SENTENCE

Comes now the defendant, Guy Q. Johnson, proceeding pro se, and moves this honorable court pursuant to Rule 35(a) of the Federl Rules of Criminal Procedure, to **"Correct the Illegal Sentence"** that was imposed upon him on July 31, 1986, and grounds states the following.

Defendant asserts that on July 31, 1986, the late Honorable Judge Gerhard A. Gesell sentenced defendant to a term of three (3) to nine (9) years imprisonment for violating 21 U.S.C. § 845(a), "Distribution of a Controlled Substance near a school, and a "Special Parole Term" of six (6) years.

Defendant asserts that the court imposed an **"Illegal Sentence"** on defendant based on the fact that under the federal sentencing statutes, there was no minimum or maximum sentences such as three (3) to nine (9) year sentences, the sentence such as the court imposed on defendant in the present case.  Such sentences are found pur-

RECEIVED

SEP - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

$uant to D.C. Criminal Sentencing Statutes; but under the D.C. Criminal Sentencing Statutes, there are no "Special Parole Terms."

Defendant asserts that based upon the foregoing facts of this case, the sentencing court had sentenced defendant pursuant to the D.C. Criminal Statutes, but gave defendant a "Special Parole Term," something that was impermissible according to D.C. Law, and therefore, defendant moves this honorable court to correct this **"Illegal Sentence"** that was imposed upon him on July 31, 1986, by "vacating the Special Parole Term" since it is evident that the current was governed by D.C. Criminal Sentencing statutes, which sentences had a minimum and maximum term that could be imposed, but these sentences lacked a "Special Parole Term."

In sum, this court has jurisdiction to "Correct an illegal sentence at any time" pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, and therefore, defendant respectfully request that this honorable court correct his sentence by **"vacating"** the **"Special Parole Term"** that had been imposed on July 31, 1986, which is not authorized by D.C. Criminal Sentencing statutes.

**Subscribed to and Sworn**
**before me on this** _18th_
**day of** _July_ _____ 2007.

_Rita C. Williams_
Notary Public

Respectfully Submitted,

_Guy Q. Johnson_
Guy Q. Johnson
Reg. No. 09643-016
Rivers Correctional Institution
P.O. Box 630
winton, NC 27986

-2-



CERTIFIED MAIL™

7007 0710 0000 8721 5818

Chambers of the Honorable Chief
Judge Emmet G. Sullivan
U.S. District Court For The
District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Mail Room

JUL 23 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

20000143250C  0002

LEGAL MAIL

Guy Q. Johnson
Reg. No. 09543-016
RCI
P.O. Box 630
Winton, NC 27986