```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91      *** GRID N04 ***
CR-86-00166-01                                    CR-86-00166-01      PAGE 1
                    US-V-JOHNSON
                    as of 04/05/90 at 12:02 AM

Judge: JUDGE GESELL                               Case Filed: 05/06/86
                                   Prior Magistrate Number: 86-0316M-01
                                                  Related to: 86 CR 165

Defendant:
01  JOHNSON, GUY Q

    Address: 228 Hamilton Street, NW
             Washington, DC

    Dft ID: 371537

Defendant terminated: 07/31/86

Terminated counts:                      Disposition
 DAPCA--Cont substance:                  (Counts 1-6) Three (3) to
  Schedule 1--Sell,                       Nine (9) years on each
  distribute, or dispense --              count, said sentence to run
  Distribution of a                       concurrent by the Counts,
  controlled substance near a             with a special parole term
  school, phencyclidine.,                 of Six (6) years on each
  21:845a (1), DAPCA--                    count to run concurrent by
  Marijuana; Selling,                     the Counts. Deft. shall
  distribution, or dispensing             pay an assessment of $50.00
  -- distribution of a                    on each of the Six (6)
  controlled substance near a             counts for a total of $300.
  school, marijuana;&a--Cont              00. The Court recommends
  substance: Schedule 1--                 that the deft. receive drug
  Sell, distribute or                     treatment and counselling,
  dispense -- Distribution of             obtain help with his
  a controlled substance near             education and learn a trade.
  a school, phencyclidine.,               Deft. committed, (Rep: S.
  21:845a (3), DAPCA--                    Zizzo) (07/31/86)
  Marijuana; Selling,
  distribution, or dispensing
  -- distribution of a
  controlled substance near a
  school, marijuana;&a (4), DAPCA--Cont
  substance: Schedule 1--
  Sell, distribute or
  dispense -- Distribution of
  a controlled substance near
```

Attachment

FILED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91   *** GRID 004 ***
CR-86-00166-01                                                CR-86-00166-01
                    US-V-JOHNSON                                  PAGE 2
                    as of 04/05/90 at 12:02 AM

    a school, phencyclidine.,
    21:845a (5), DAPCA-
    Marijuana: Selling,
    distribution or dispensing
    -- distribution of a
    controlled substance near a
    school, marijuana.,
    21:845(a) (6)

Offense Level (disposition): FEL

Total Jail: 10% Mo

Complaints:
    Mag complaint 04/17/86 (21:845(a)).

U S Attorneys:
    SOKOLOVE, ROXANNE
    272-9078
```

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91    *** GRID A05 ***
CR-86-00166-01                                                  CR-86-00166-01
                              US-V-JOHNSON                           PAGE 3

                                PROCEEDINGS

04/17/86   Defendant arrested (Dkt'd 05/12/86).
           Magistrate complaint (MAGISTRATE ATTRIDGE) (Dkt'd 05/12/86).
           Order defendant released on personal recognizance with
           conditions (MAGISTRATE ATTRIDGE) (Dkt'd 05/12/86).
05/06/86   Filed indictment (Dkt'd 05/12/86).
           Case assigned to JUDGE REVERCOMB (Dkt'd 05/12/86).
           - Category D. (Dkt'd 05/12/86).
05/12/86   Arraignment held (Counts 1,2,3,4,5,6) (Dkt'd 05/13/86).
           Defendant's first appearance (Dkt'd 05/13/86).
           Defendant appears with counsel (Dkt'd 05/13/86).
           Defendant enters plea of not guilty (Counts 1,2,3,4,5,6)
           (Dkt'd 05/13/86).
           Status hearing set for 06/04/86 @ 9:45 AM (Before Judge
           Revercomb. Defendant to file motions by 6-4-86. Defendant
           continued on personal recognizance. (Rep: S. Popejoy)
           (JUDGE REVERCOMB) (Dkt'd 05/13/86).
05/13/86   US Attorney SOKOLOVE, ROXANNE added to case (Dkt'd
           05/15/86).
05/14/86 - Please let the docket reflect that on 5-12-85, the court
           granted oral motion of government to amend the indictment
           to delete the parenthesis from around the A of the code 845
           on the counts in the indictment, and that the government to
           file a written motion as to their request to amend the
           fifth line of count #6. (Rep: S. Popejoy) (Dkt'd 05/15/86).
05/16/86   Filed transcript of proceedings for 04/28/86 (Pages 1-24.
           (Rep: Pro typists)) (Dkt'd 05/20/86).
06/02/86   Motion to suppress statement/testimony filed (MOT#1)
           (Counts 1,2,3,4,5,6) (by deft. to suppress identification
           testimony with points and authorities in support thereof.)
           (Dkt'd 06/06/86).
           Mark the beginning of a potential excludable period of type
           X-E starting on 06/02/86 (In re MOTFST#1 on 6/2/86))
           (Dkt'd 06/06/86).
06/04/86   Status hearing reset to 06/05/86 @ 10:00 AM (Deft. per.
           recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd
           06/10/86).
06/05/86   Status hearing held (Dkt'd 06/10/86).
           Trial date set for 07/09/86 @ 10:00 AM (Counts 1,2,3,4,5,6)
           (Motion of deft. to suppress will be heard on day of trial.
```

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91   *** GRID B05 ***
CR-86-00166-01                                                  PAGE 4

                              US-V-JOHNSON                      CR-86-00166-01

                              PROCEEDINGS

              deft. per recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB)
              (Dkt'd 06/10/86).
              Order case reassigned to JUDGE GESELL (from Judge Revercomb.
              (unrelated to other criminal cases)) (JUDGE JOYCE HENS
              GREEN) (Dkt'd 06/10/86).
06/09/86    - Notice by Govt. of Alibi Demand. (Dkt'd 06/11/86).
06/24/86      Memorandum in opposition to motion to suppress
              statement/testimony (MOT#1) (Govt's opposition to the
              deft's motion to suppress identification testimony) (Dkt'd
              06/30/86).
07/07/86      Status hearing held (motion of deft. to suppress heard.)
              (Dkt'd 07/08/86).
              Motion to suppress statement/testimony denied (MOT#1)
              (JUDGE GESELL) (Dkt'd 07/08/86).
              Excludable delay due to hearings on Pretrial Motions began
              on 06/02/86 and ended on 07/07/86 (Dkt'd 07/08/86).
              Voir dire begins-jury (Counts 1,2,3,4,5,6) (Dkt'd 07/08/86).
              Trial begins-jury (Counts 1,2,3,4,5,6) (Jury and 1
              alternate sworn.) (Dkt'd 07/08/86).
              Trial held-jury (Counts 1,2,3,4,5,6) (Dkt'd 07/08/86).
              Jury trial adjourned to 07/08/86 @ 10:30 AM (Counts 1,2,3,4,
              5,6) (Respited. (Rep: S. Zizzo)) (JUDGE GESELL) (Dkt'd
              07/08/86).
              Order filed (denyingdeft's motion to suppress
              identification testimony for reasons stated in open court
              following factual hearing this day. (N) (JUDGE GESELL)
              (Dkt'd 07/08/86).
07/08/86      Trial held-jury (Counts 1,2,3,4,5,6) (Trial resumes. Same
              jury and 1 alternate. concluded.) (Dkt'd 07/09/86).
              Jury starts deliberations.) (Dkt'd 07/09/86). Alternate discharged.
              Trial ends-jury (Counts 1,2,3,4,5,6) (Dkt'd 07/09/86).
              Jury verdict of guilty (Counts 1,2,3,4,5,6) (on all six (6)
              counts as charged in the indictment. Jury discharged.
              Deft's personal recognizance revoked. Deft. committed,
              commitment issued. (Rep: S. Zizzo)) (JUDGE GESELL) (Dkt'd
              07/09/86).
              Order bail revoked (Deft's personal recognizance revoked.
              deft. committed, commitment issued.) (JUDGE GESELL) (Dkt'd
              07/09/86).
              Defendant committed. Commitment issued (JUDGE GESELL)
              (Dkt'd 07/09/86).
            - Notes (2) from jury. (Dkt'd 07/09/86).
            - Verdict Form (Dkt'd 07/09/86).
```

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91   *** GRID C05 ***
CR-86-00166-01                                                 CR-86-00166-01
                                                                      PAGE 5
              US-V-JOHNSON

                                PROCEEDINGS

07/10/86   Sentencing set for 07/31/86 @ 1:30 PM (Counts 1,2,3,4,5,6)
           (before Judge Gesell) (dkt'd 07/16/86).
07/31/86   Sentencing of defendant (Counts 1-6). (Three (3) to Nine (9)
           years on each count, said sentence to run concurrent by the
           counts, with a special parole term of Six (6) years on each
           count to run concurrent by the Counts. Deft. shall pay an
           assessment of $50.00 on each of the Six (6) counts for a
           total of $300.00. The Court recommends that the deft.
           receive drug treatment and counselling, obtain help with
           his education and learn a trade. Deft. committed,
           commitment issued. (Rep: S. Zizzo) (JUDGE GESELL) (dkt'd
           08/09/86).
           Defendant committed. Commitment issued (JUDGE GESELL)
           (dkt'd 08/09/86).
           Issued judgment and commitment to U.S. Marshal (Counts 1-6)
           (JUDGE GESELL) (dkt'd 08/09/86).
           Notice filed(Receipt and acknowledgement of presentence
           investigation report.) (dkt'd 08/09/86).
           Filed notice of appeal (counts 1-6) (APPL#1) (from sentence
           imposed on 7/31/86) (Dkt'd 08/09/86).
         - (APPL#1) (Copy of notice of appeal sent to counsel and
           deft.) (Dkt'd 08/09/86).
           Notice of appeal and docket entries transmitted to USCA.
           (APPL#1) (and to U.S. Attorney. (Delivered on 8/11/86))
           (Dkt'd 08/09/86).
08/15/86   U.S. Court of Appeals docket number (USCA # 86-3053) (dkt'd
           08/16/86).
09/05/86   Order filed (from USCA appointing Stephen D. Scavuzzo as
           counsel for deft. on appeal. (certified copy of order))
           (dkt'd 09/11/86).
09/09/86   Certified and transmitted record on appeal to United States
           Court of Appeals. (APPL#1) (One (1) Volume of original
           record and One (1) Volume of transcript. (#16)) (Dkt'd
           09/16/86).
09/23/86   Filed CJA Form #24 copy #3 Authorization & Voucher for
           Payment of Transcript (Needed for appeal. Trial of 7/7/86
           and 7/8/86. (Rep: S. Zizzo, Signed 9/23/86.) (JUDGE
           GESELL) (Dkt'd 10/02/86).
10/29/86 - (APPL#1) (Receipt acknowledged 9/9/86 from USCA for the
           record on appeal) (dkt'd 11/09/86).
10/30/86   Filed transcript of proceedings for 07/07/86 (Pages 1-58A.
           (Rep: S. Zizzo) (dkt'd 11/09/86).
```

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91    *** GRID D05 ***
CR-86-00166-01                                                 CR-86-00166-01    PAGE 6

          US-V-JOHNSON

                            PROCEEDINGS

11/06/86   Filed transcript of proceedings for 07/07/86 (Pages 1-89A.
           (Rep: S. Zizzo)) (Dkt'd 11/09/86).
           Filed transcript of proceedings for 07/08/86 (Pages 90-114A.
           (Rep: S. Zizzo)) (Dkt'd 11/09/86).
11/12/86   Transmitted supplemental record on appeal (One (1) Volume
           of Reporters Transcript. (#19)) (Dkt'd 11/20/86).
         - (APPL#1) (Receipt acknowledged from USCA dated 11/12/86
           for the supplemental record on appeal.) (Dkt'd 11/28/86).
06/10/87   Filed true copy of U.S.C.A. order with opinion attached
           affirming the judgment of the District Court (Certified
           copy of Judgment from USCA dated 3/23/87 affirming defts
           conviction.) (Dkt'd 07/03/87).
08/10/87   Record returned from United States Court of Appeals (One
           (1) Volume of Original Record w/1 transcript, and 3
           transcripts as a Suppl. record. Signed for in USDC on
           8/10/87) (Dkt'd 08/12/87).

           End of docket
```