UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 86-0166 (TFH) |
| ) | |
| GUY Q. JOHNSON ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Pending before the Court is Johnson's Motion to Correct an Illegal Sentence (ECF # 1). The Court **ORDERS** the government to respond to Johnson's motion within sixty days of the date of this order. Johnson shall then have thirty days to file any reply.

**SO ORDERED**.

December 14, 2007

_____
Thomas F. Hogan
Chief Judge

Copies to:

United States Attorney's Office
Special Proceedings Section
Criminal Division
555 Fourth Street, NW
Washington, DC 20530