**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *   Cr. No. 86-0166 (TFH) |
| | * |
| v. | * |
| | * |
| **GUY Q. JOHNSON,** | * |
|         **Defendant.** | * |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Margaret J. Chriss is counsel of record on behalf of the United States in the above-captioned case.

January 8, 2008

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078


___/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
D.C. Bar Number 452-403
Special Proceedings Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0874

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that, this 8th day of January 2008, a copy of the foregoing Notice of Appearance was served via first class mail, postage pre-paid, upon:

Mr. Guy Q. Johnson  
Fed. Reg. # 09543-016  
Rivers Correctional Institution  
P.O. Box 630  
Winton, NC 27986

                                          /s/  
                                    Assistant United States Attorney